UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


PRIME FINANCIAL, INC.,

    Plaintiff,                                Case No. 1:10-cv-646

v                                         HON. JANET T. NEFF

DIMOND INTERNATIONAL, INC. et al.,

    Defendants.
_____/


## **ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the objections (Dkt 17) are GRANTED, the Report and Recommendation (Dkt 15) is REJECTED and this matter is referred back to the Magistrate Judge for further consideration, for the reasons stated in the accompanying Opinion.


Date: February 17, 2011                          /s/ Janet T. Neff
                                                              JANET T. NEFF
                                                               United States District Judge